IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:01CR36 |
| | ) | 3:05CV25 |
| v. | ) | |
| | ) | |
| RAMON ANGEL GARCIA, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Plaintiff's motion for summary judgment (Filing No. 9 in 3:05CV25) is granted.

2) Defendant's motion filed pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence (Filing No. 1 in 3:05CV25) is denied.

DATED this 22nd day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court